```
                                                    FILED
                                                    U.S. DISTRICT COURT
                                                    EASTERN DISTRICT OF TEXAS
PROB 12B
(7/93)                                              APR -5 2012
```

DAVID J. MALAND, CLERK
BY
DEPUTY _____

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is Attached)*

Name of Offender: Peggy Gallimore Duke        Case Number: 4:05CR00199-006

Name of Sentencing Judicial Officer: U.S. District Judge Richard A. Schell

Date of Original Sentence: September 7, 2006

Original Offense:   Conspiracy to Manufacture, Distribute or Possess with Intent to
                    Manufacture, Distribute or Dispense Methamphetamine

Original Sentence:  81 months imprisonment followed by a 5 year term of supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: December 5, 2011

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**MENTAL HEALTH**: The defendant is required to participate in a mental health program as deemed necessary by the probation officer. The defendant will incur costs associated with such program, based on ability to pay as determined by the probation officer.

## CAUSE

The defendant commenced her term of supervised release in the Southern District of Texas-Laredo Division, on December 5, 2011. On December 29, 2011, the defendant contacted the supervising U.S. Probation Officer, Esmeralda G. Olivo, and advised she had recently used methamphetamine. The defendant related she has been experiencing episodes of depression, resulting from the recent death of her biological mother. She was reportedly remorseful regarding her drug usage and advised she would not use again.

The defendant informed Officer Olivo she had been previously diagnosed with depression and bi-polar disorder, and is willing to seek mental health treatment. As such, Officer Olivo is recommending no action be taken regarding the defendant's drug usage, as she will continue to participate in substance abuse treatment. Additionally, Officer Olivo is recommending the defendant's conditions of supervised release be modified for mental health treatment as indicated above.

PROB 12B  
Name of Offender: Peggy Gallimore Duke  
Case Number: 4:05CR00199-006

Page 2

Respectfully submitted:

*Bill Gallimore* (signature) **Bill Gallimore**

Bill Gallimore  
Senior U.S. Probation Officer  
(972) 578-9696, ext. 224

Date: February 15, 2012

Reviewed and approved:

*Myra A. Kirkwood* (signature)

Digitally signed by Myra A. Kirkwood  
DN: o=Administrative Office of the US Courts,  
email=myra_kirkwood@txep.uscourts.gov, cn=Myra A. Kirkwood  
Date: 2012.02.16 15:54:45 -06'00'

Myra A. Kirkwood, Supervising  
U.S. Probation Officer

**THE COURT ORDERS:**

[ ] No Action  
[✓] The Modification of Conditions as Noted Above  
[ ] Other

*Richard A. Schell* (signature)

Richard A. Schell  
U.S. District Judge

4-5-12  
Date

PROB 49
(5/00)

RE:   Peggy Gallimore Duke
      4:05CR00199-006

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Texas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or the proposed extension of my term of supervision:

**MENTAL HEALTH:** The defendant is required to participate in a mental health program as deemed necessary and approved by the probation officer. The defendant will incur costs associated with such program, based on ability to pay as determined by the probation officer.

Witness: _____       Signed: _____
Supervising U.S. Probation Officer                Supervised Releasee

Date: 12/30/2011                     Date: 12-30-11